IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22 P 2: 04

CLERK J. LaVictoire
SO. DIST. OF GA.

RAY WALKER, SR.,               )
                               )
          Plaintiff,           )
                               )
     v.                        )     CIVIL ACTION NO.: CV607-001
                               )
FREDERICK M. LAUN, M.D.,       )
                               )
          Defendant.           )

### MAGISTRATE JUDGE'S ORDER
### and REPORT AND RECOMMENDATION

Plaintiff, who is currently incarcerated at Lee State Prison in Leesburg, Georgia, has submitted to the Court for filing a complaint and an application seeking to proceed *in forma pauperis*.

Plaintiff seeks to file his complaint under 42 U.S.C. § 1983. He asserts that in March 2004, he saw Defendant Laun for next and back pain. Following an examination and x-rays, Plaintiff asserts that he was informed that he had "lordotic curvature" and that the Defendant does "not note any problem with it." Thereafter, Plaintiff continues, he went to another doctor who stated that Plaintiff needed surgery which was performed in December 2005. Plaintiff seeks an award of ten million dollars "for malpractice" and five million dollars for his pain and suffering against Defendant.

A plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 if his complaint alleges facts showing that his rights as secured by the Constitution and the laws of the United States were violated, and that the violation was committed by a person acting under

color of state law. Touchston v. McDermott, 234 F.3d 1133, 1137 (11th Cir. 2000). 42 U.S.C. § 1983 provides a remedy for violations of a person's constitutional rights by a defendant who acts under color of state law, *i.e.*, a "state actor." A successful section 1983 action requires a showing that the conduct complained of was committed by a person acting under color of state law. Harvey v. Harvey, 949 F.2d 1127, 1130 (11th Cir. 1992). Plaintiff has failed to show that Defendant was a state actor at the time of the alleged incident.

Additionally, Plaintiff's claim is based on allegations of medical malpractice; he has made no showing of an alleged violation of his constitutional rights. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Furthermore, it is my **RECOMMENDATION** that Plaintiff's Complaint be **DISMISSED** for failure to state a claim for relief under 42 U.S.C. § 1983.

So **ORDERED** and **REPORTED** and **RECOMMENDED**, this 22 day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)