ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| RAY WALKER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV607-001 |
| ) | |
| FREDERICK M. LAUN, M.D., ) | |
| ) | |
| Defendant. ) | |

### ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that Defendant Laun was deliberately indifferent to his serious medical needs. However, Plaintiff does not address the Magistrate Judge's conclusion that Defendant Laun is not a state actor, and, therefore, cannot be liable to Plaintiff for an alleged constitutional violation pursuant to 42 U.S.C. § 1983.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

**SO ORDERED**, this 20 day of Feb., 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)